IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01112-WYD-KMT

KEVIN FARRELL,

    Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice filed November 18, 2014.  After a careful review of the Stipulation and the file, it is

ORDERED that the Joint Stipulation for Dismissal With Prejudice (ECF No. 18) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, attorney fees, and expenses.

Dated:  November 18, 2014

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge